IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| James Van Connor | ) | CA: 6:19-cv-3283-BHH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Foresters Financial Services, Inc. | ) | |
| and One Life America, Inc. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO SUBSTITUTE PARTY NAME**

The plaintiff James Van Connor moves to substitute the party name "The Independent Order of Foresters" for the currently named "Foresters Financial Services, Inc.". Fed. R. Civ. P. 21 states that "Parties may be … added by order of the Court on motion of any party or of its own motion at any stage of the action and on such terms as are just." Here, even though the Plaintiff received an insurance quote that identified Foresters Financial Services, the defendants have claimed in discovery that proper party name is "The Independent Order of Foresters", which One Life America, Inc. maintained a relationship with.

Pursuant to Local Rule 7.02, counsel for the plaintiff consulted Defendant's counsel prior to the filing of this motion.

DAVE MAXFIELD, ATTORNEY, LLC

By:   /s/ Dave Maxfield
David A. Maxfield, Fed. ID 6293
P.O. Box 11865
Columbia, SC 29211

803-509-6800
855-299-1656 (fax)
dave@consumerlawsc.com

Anthony Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone:  (617) 485-0018
Facsimile:   (508) 318-8100
Email: anthony@paronichlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2020, I filed the foregoing through the Court's CM/ECF system.

By: /*s/ Dave Maxfield*_____
David A. Maxfield, Fed. ID 6293