IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| JAMES VAN CONNOR, individually and on behalf of a class of all persons and entities similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>INDEPENDENT ORDER OF FORESTERS, ONE LIFE AMERICA, INC., NICHE MARKET INSURERS AGENCY, INC., and MARK ADAMS,<br><br>  Defendants. | Civil Action No. 6:19-cv-03283-DCC<br><br>**STIPULATION OF DISMISSAL** |

The plaintiff files this Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with each party to bear their own costs. The putative class claims are dismissed without prejudice.

*WE CONSENT:*

By: s/ David A. Maxfield
   David A. Maxfield, Esquire
   David Maxfield Attorney LLC
   PO Box 11865
   Columbia, SC 29211

   Anthony Paronich (Pro Hac Vice)
   Paronich Law, P.C.
   350 Lincoln Street, Suite 2400
   Hingham, MA 02043
   **Attorneys for Plaintiff**

| | |
|---|---|
| *WE CONSENT:* | *WE CONSENT:* |
| NELSON MULLINS RILEY & SCARBOROUGH LLP | EPPES & PLUMBLEE, P.A. |
| By: s/ D. Larry Kristinik<br>   D. Larry Kristinik<br>   Federal Bar No. 5744<br>   1320 Main Street / 17th Floor<br>   Columbia, SC 29201<br>   (803) 799-2000 | By: s/L. Lee Plumblee<br>   L. Lee Plumblee<br>   Federal Bar No. 1042<br>   Post Office Box 10066<br>   Greenville, SC 29603<br>   (864) 235-2600 |
| *Attorneys for Defendant The Independent Order of Foresters* | *Attorney for Defendant Niche Market Insurers Agency, Inc.* |
| *WE CONSENT:* | *WE CONSENT:* |
| ROBINSON GRAY STEPP & LAFFITTE, LLC | THE HERSHON LAW FIRM, P.A. |
| By: s/ Christopher L. Boguski<br>   J. Calhoun Watson<br>   Federal Bar No. 4794<br>   Christopher L. Boguski<br>   Federal Bar No. 11564<br>   1310 Gadsden Street<br>   Columbia, SC 29211<br>   (803) 929-1400 | By: s/ Lawrence M. Hershon<br>   Lawrence M. Hershon (Fed ID # 10404)<br>   The Hershon Law Firm, P.A.<br>   1565 Sam Rittenberg Blvd., Suite 103<br>   Charleston, SC 29407<br>   Tel.: (843) 829-2022<br>   Fax: (843) 829-2023<br>   lawrence@hershonlawfirm.com |
| ALLEN GARNER LAW, LLC | FLANNERY \| GEORGALIS, LLC |
| B. Allen Garner (*Pro Hac Vice*)<br>3808 S. Coachman Court<br>Independence, MO 64055 | Elizabeth Greene (NC: 26730), *pro hac vice*<br>Edward Fadel (OH: 0085351), *pro hac vice*<br>212 S. Tryon Street, Ste. 1410<br>Charlotte, NC 28281<br>Telephone/Fax: (704) 949-2252 (Beth)<br>Telephone/Fax: (216) 232-2876 (Ed)<br>Email: egreene@flannerygeorgalis.com<br>Email: efadel@flannerygeorgalis.com |
| *Attorneys for Defendant One Life America, Inc.* | *Attorneys for Defendant Mark Adams* |

December 17, 2021

2